**DISMISS; and Opinion Filed October 30, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01405-CV

**CANDII LAVETTE JACKSON AND ONE HUNDRED SIXTY FIVE DOLLARS AND NO/100 (165.00) IN UNITED STATES OF AMERICA CURRENCY, Appellants**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 86450CC**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Lewis
Opinion by Justice Lewis

By letter dated June 21, 2013, the Court notified appellant Candii Jackson that the time for filing her brief had expired. We directed appellant to file, within ten days, both her brief and an extension motion. We warned appellant that failure to do so would result in dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed her brief or an extension motion, nor has she communicated with the Court regarding the appeal. Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

/David Lewis/
DAVID LEWIS
JUSTICE

121405F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CANDII LAVETTE JACKSON AND ONE
HUNDRED SIXTY FIVE DOLLARS AND
NO/100 (165.00) IN UNITED STATES OF
AMERICA CURRENCY, Appellants

On Appeal from the County Court At Law
No. 1, Kaufman County, Texas
Trial Court Cause No. 86450CC.
Opinion delivered by Justice Lewis,
Justices Bridges and Fillmore participating.

No. 05-12-01405-CV          V.

THE STATE OF TEXAS, Appellee

In accordance with this Court's opinion of this date, we **DISMISS** the appeal for want of prosecution.  We **ORDER** that appellee the State of Texas recover its costs of this appeal, if any, from appellant Candii Lavette Jackson.

Judgment entered this 30th day of October, 2013.

/David Lewis/
DAVID LEWIS
JUSTICE

–2–